**Damon J. HOUSTON, Appellant,**

v.

**STATE of Missouri, Respondent.**

### ED 101793

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO*.

Filed: September 8, 2015

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Adam Rowley, P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before: Philip M. Hess P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## ORDER

PER CURIAM

Damon Houston appeals from the motion court's judgment denying his Rule 29.15[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b) (2015).

---

1. All rule references are to Mo. R. Crim. P. (2015), unless otherwise indicated.